MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7027
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  CR 15-00273 WHA |
| Plaintiff, | ) [~~PROPOSED~~] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) |
| LOUIE MARTIN VILLANUEVA, | ) Date:        July 14, 2015<br>) Time:        2:00 p.m.<br>) Court:       Hon. William Alsup |
| Defendant. | ) |

The parties appeared before the Honorable William Alsup on July 14, 2015 for a status conference. Jodi Linker appeared as counsel for Defendant Louie Martin Villanueva. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from July 14, 2015 to August 11, 2015. The parties agreed, and the Court found and held, as follows:

1.    The defendant sought and the government agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to further investigate this matter, review discovery, and confer with the defendant, taking into account the exercise of due diligence.

[~~PROPOSED~~] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 15-00273 WHA

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 14, 2015 to August 11, 2015 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of Defendant Louie Martin Villanueva, the period from July 14, 2015 to August 11, 2015 is excluded from the Speedy Trial Act calculations for effective preparation of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  July 17, 2015.

_____
HONORABLE WILLIAM ALSUP
United States District Judge

Approved As To Form:

_/s/_                                             Dated: July 16, 2015
JODI LINKER
Counsel for Defendant Louie Martin Villanueva

_/s/_                                             Dated: July 16, 2015
CLAUDIA A. QUIROZ
Assistant United States Attorney
Counsel for United States

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is Jodi Linker.  I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: July 16, 2015                                       _____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney

[~~PROPOSED~~] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 15-00273 WHA

2