MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7027
    Email: claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00273-WHA |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 11, 2015 TO SEPTEMBER 8, 2015 |
| v. | |
| LOUIE MARTIN VILLANUEVA, | |
| Defendant. | |

The parties appeared before the Honorable William Alsup on August 11, 2015 for a status conference. Jodi Linker appeared as counsel for Defendant Louie Martin Villanueva and Assistant United States Attorney Sheila A.G. Armbrust appeared for the United States. The parties requested a continuance of the matter for effective preparation of defense counsel. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from August 11, 2015 to September 8, 2015. The parties agreed, and the Court found and held, as follows:

1. The parties requested that time be excluded under the Speedy Trial Act for effective preparation of counsel.

2. Based upon the representation of counsel and for good cause shown, the Court found that

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 15-00273 WHA

failing to exclude the time between August 11, 2015 and September 8, 2015 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court further found that the ends of justice served by excluding the time between August 11, 2015 and September 8, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

IT IS HEREBY ORDERED that:

With the consent of Defendant Louie Martin Villanueva, the period between August 11, 2015 and September 8, 2015 shall be excluded from computation under the Speedy Trial Act for effective preparation of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: August 13, 2015.

Hon. WILLIAM H. ALSUP
United States District Judge

Approved As To Form:

_____/s/_____          Dated: August 12, 2015
JODI LINKER
Counsel for Defendant Louie Martin Villanueva

_____/s/_____          Dated: August 12, 2015
CLAUDIA A. QUIROZ
Assistant United States Attorney
Counsel for United States

Attestation of Filer

In addition to myself, the other signatory to this document is Jodi Linker. I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: August 13, 2015                       _____/s/_____
                                              CLAUDIA A. QUIROZ
                                              Assistant United States Attorney

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 15-00273 WHA