BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

STEPHANIE M. HINDS (CABN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6816
    FAX: (415) 436-7234
    Email: stephanie.hinds@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIE MARTIN VILLANUEVA, <br><br> Defendant. | CASE NO. CR 15-0273 WHA <br><br> APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE |

    On January 27, 2016, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- One Glock brand, Model 20, 10 MM pistol, bearing serial number LEL007[1];

- Multiple 10 MM rounds of ammunition found inside the Glock pistol;

- One Smith & Wesson brand, Model SW9VE, 9 MM Pistol, bearing serial number DWM7579 and

- Multiple 9 MM round of ammunition found inside the Smith and Wesson pistol

---

[1] Upon further investigation of the serial number on the Glock brand, Model 20, 10 mm pistol and the serial number on the Smith and Wesson Brand, Model SW9VE, 9 mm pistol, it was discovered that both firearms were stolen. Therefore, the government will be returning both firearms to the registered owners.

APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE
CR 15-0273 WHA                                          1

1  pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal
2  Rules of Criminal Procedure.
3      The Preliminary Order required the United States to publish notice of the Order and otherwise
4  direct written notice to all persons known to have an interest in said property. Beginning on January 28,
5  2016, the United States published notice of the forfeiture action on www.forfeiture.gov, a government
6  website for at least thirty days, notice of this Order and notice of the government's intent to dispose of
7  the property in accordance with the law. The notice also advised potential third parties of their right to
8  petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the
9  property.
10     The United States represents that no petitions have been filed.
11     Therefore, the United States respectfully requests that the Court enter the proposed Final Order
12  of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to
13  pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal
14  Rules of Criminal Procedure.

Dated: 4/13/16

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0273 WHA |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| LOUIE MARTIN VILLANUEVA, | |
| Defendant. | |

On January 27, 2016, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

- Multiple 10 MM rounds of ammunition found inside the Glock brand, Model 20, 10 MM pistol, bearing serial number LEL007;

- Multiple 9 MM round of ammunition found inside the Smith & Wesson brand, Model SW9VE, 9 MM Pistol, bearing serial number DWM7579 (hereinafter "subject property")

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 15-0273 WHA                                              1

1  pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal
2  Rules of Criminal Procedure.
3        The United States represents that it has complied with the publication notice requirements of the
4  Preliminary Order and that no petitions have been filed.
5        THEREFORE, it is so ordered that the subject property shall be forfeited to the United States,
6  pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal
7  Rules of Criminal Procedure.  All right, title, and interest in said property is vested in the United States
8  of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  April 18, 2016.

_____
HON. WILLIAM ALSUP
United States District Judge

[~~PROPOSED~~] FINAL ORDER OF FORFEITURE
CR 15-0273 WHA                                           2